# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FELICIA COVINGTON WILLIAMS

VERSUS

LAWRENCE WILLIAMS

NO.   2023 CW 1088

**NOVEMBER 15, 2023**

---

In Re:   Felicia Covington Williams, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 43330.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT